JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN MARTIN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>NATIONSTAR MORTGAGE LLC;<br>XOME REALTY SERVICES LLC;<br>and DOES 1 to 100, inclusive,<br><br>　　　　Defendants. | **Case No. 8:19-cv-01317-JLS-ADS**<br><br>ASSIGNED TO THE HONORABLE<br>JUDGE JOSEPHINE L. STATON<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |

**TO THE HONORABLE COURT:**

Upon consideration of the Parties' Joint Stipulation Dismissing Action with prejudice and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint and this entire action is dismissed with prejudice Pursuant to Federal Rule of Civil Procedure 41(a)
2. Each party shall bear its own attorney's fees and costs in connection With the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:  September 30, 2019

                                              JOSEPHINE L. STATON
                                              _____

                                              JUDGE JOSEPHINE L. STATON
                                              U.S. DISTRICT COURT JUDGE

**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**